# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | |
| EMANOEL DOS SANTOS-OLIVEIRA,    ) | |
| ) | |
| Petitioner,    ) | |
| ) | |
| v.    ) | Civil Action No. 25-13493-MJJ |
| ) | |
| PATRICIA HYDE, Field Office Director,    ) | |
| U.S. Immigration and Customs Enforcement    ) | |
| and Removal Operations; TODD LYONS,    ) | |
| Acting Director U.S. Immigration and Customs ) | |
| Enforcement; KRISTI NOEM, Secretary of    ) | |
| the Department of Homeland Security; U.S.    ) | |
| DEPARTMENT OF HOMELAND    ) | |
| SECURITY and PAMELA BONDI,    ) | |
| Attorney General of the United States,    ) | |
| ) | |
| ) | |
| Respondents.    ) | |
| _____ ) | |

## MEMORANDUM OF DECISION AND ORDER

December 1, 2025

JOUN, D.J.

Emanoel Dos Santos-Oliveira ("Mr. Dos Santos-Oliveira" or "Petitioner") is a citizen of Brazil who entered the United States without inspection on February 17, 2024. [Doc. No. 1 at ¶¶ 1, 14]. The next day, Mr. Dos Santos-Oliveira was served a Notice to Appear and released on his own recognizance. [*Id*. at ¶ 15]. On November 20, 2025, he was apprehended by Immigration and Customs Enforcement ("ICE"). [*Id*. at ¶ 2]. Mr. Dos Santos-Oliveira petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

1

In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this petition are similar to those addressed in *Hilario Rodriguez v. Moniz*, 25-cv-12358. [Doc. No. 7 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Dos Santos-Oliveira is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Dos Santos-Oliveira with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Dos Santos-Oliveira on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Dos Santos-Oliveira has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

<u>/s/ Myong J. Joun</u>
United States District Judge